Ely Grinvald, Esq.
2355 Westwood Blvd., #562
Los Angeles, CA 90064
T: (310) 405-5684
E: grinvaldely@gmail.com

*Attorneys for Plaintiff,*
*Michael Urban*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL URBAN,<br><br>  Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK, AND CLIENT SERVICES, INC.,<br><br>  Defendants. | Case No. 3:25-CV-07088-SI<br><br>**SUMMONS RETURNED**<br><br>**EXECUTED** |

Pursuant to Federal Rules of Civil Procedure 4, Plaintiff Michael Urban ("Plaintiff"), has served upon Defendant Client Services, Inc. a copy of the following documents:

1. Complaint;

2. Summons;

3. Consent or Declination to Magistrate Judge

4. Order Setting Initial Case Management Conference and ADR Deadlines

Dated: August 28, 2025          By:*/s/ Ely Grinvald*
Ely Grinvald, Esq
2355 Westwood Blvd., #562
Los Angeles, CA 90064
T: (310) 405-5684
E: grinvaldely@gmail.com

*Attorneys for Plaintiff,
Michael Urban*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Ely Grinvald, Esq. SBN: 285475<br>2355 Westwood Blvd., #562<br>Los Angeles, CA 90064<br>TELEPHONE NO.: 310-405-5684  FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Michael Urban | |

| United States District Court, Northern District of California | |
|---|---|
| STREET ADDRESS: 450 Golden Gate Ave. 16th Floor<br>MAILING ADDRESS: 450 Golden Gate Ave. 16th Floor<br>CITY AND ZIP CODE: San Francisco 94102<br>BRANCH NAME: Phillip Burton Federal Building | |

| PLAINTIFF/PETITIONER: Michael Urban | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Client Services, Inc.; Synchrony Bank | 4:25-cv-07088-SI |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**BRL25114 (Client Services)** |

BY FAX

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
   SUMMONS; COMPLAINT; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL COVER SHEET

3. a. Party served *(specify name of party as shown on documents served):*
      **Client Services, Inc.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
      **Alex Jenkins**

4. Address where the party was served:
   **2710 Gateway Oaks Drive, Sacramento, CA 95825**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **08/26/2025** at *(time):* **1:49 PM**

   b. [ ] **by substituted service.** On *(date):*         at *(time):*         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):*         from *(city):*         or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 3

Form Adopted for Mandatory Use
Judicial Council of California POS-
010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10
Tracking #: 0183840041

REF: **BRL25114 (Client Services)**

| PLAINTIFF/PETITIONER: Michael Urban | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Client Services, Inc.; Synchrony Bank | 4:25-cv-07088-SI |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)* **Client Services, Inc.**
      under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
   a. Name: **Jeremy Glaze**
   b. Address: **8099 Avanti Dr, El Dorado Hills, CA 95762**
   c. Telephone number: **916-286-9463**
   d. The fee for service was: **$ 0.00**
   e. I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☒ registered California process server:
        (i) ☐ owner ☐ employee ☒ independent contractor.  For: **ABC Legal Services, LLC**
        (ii) ☒ Registration No.: **2011-65**    Registration #: **6779**
        (iii) ☒ County: **Sacramento County**    County: **Los Angeles**

BY FAX

POS-010 [Rev. January 1, 2007]

REF: **BRL25114 (Client Services)**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0183840041**

8. [X]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [ ]  **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 08/26/2025

**Jeremy Glaze**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

REF: BRL25114 (Client Services)     **PROOF OF SERVICE OF SUMMONS**     Tracking #: 0183840041

