Raluca I. Rohan (SBN 228184)
Email: rrohan@reedsmith.com
Reed Smith LLP
515 South Grand Avenue
Suite 4300
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Adam D. Brownrout (SBN 341162)
Email: abrownrout@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Synchrony Bank

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| MICHAEL URBAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLIENT SERVICES, INC., AND SYNCHRONY BANK,<br><br>　　　　Defendants. | Case No. 3:25-cv-07088-SI<br><br>[*Assigned for all purposes to The Honorable Susan Illston, Ctrm. 1 – 17th Floor*]<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1(A)**<br><br>Compl. Filed: August 21, 2025 |

## JOINT STIPULATION

Pursuant to Local Rules 5 and 6-1(a), Plaintiff Michael Urban ("Plaintiff") and Defendant Synchrony Bank ("Synchrony") (collectively, the "Parties"), hereby enter into the following stipulation, through their counsel of record, with reference to the following facts:

1. WHEREAS, on August 21, 2025, Plaintiff filed its Complaint [Doc. 1];

2. WHEREAS, on August 26, 2025, Plaintiff served Synchrony with the Complaint, and thus, the current deadline for Synchrony to respond to the Complaint is September 16, 2025;

3. WHEREAS, Synchrony has requested that Plaintiff agree to an additional 30 days for Synchrony to respond to the Complaint to have more time to investigate Plaintiff's claims up to and including October 16, 2025;

4. WHEREAS, Plaintiff's counsel granted the extension and agrees to provide Synchrony with the requested extension in light of the circumstances;

5. WHEREAS, Local Rule 6-1(a) provides that the "Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order;"

6. WHEREAS, this extension of time will not alter the date of any event or any deadline already fixed by Court Order;

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

7. WHEREAS, the extension sought is not for purposes of undue delay and no Party will be prejudiced by the brief extension of time;

NOW, THEREFORE, the Parties agree, through their undersigned attorneys of record, that, pursuant to Local Rule 6-1(a), the time for Synchrony to move, answer, or otherwise respond to the Complaint shall be extended to **October 16, 2025**.

DATED: September 12, 2025

        REED SMITH LLP

By: */s/ Raluca I. Rohan*
Raluca I. Rohan
Adam D. Brownrout

Attorneys for Defendant
Synchrony Bank

DATED: September 12, 2025

ELY A. GRINVALD

By: */s/ Ely Grinvald*
Ely Grinvald

Attorneys for Plaintiff
Michael Urban

## ATTESTATION REGARDING SIGNATURES
## GENERAL ORDER NO. 45, SECTION X(B) and CIVIL L.R. 5-1

Pursuant to General Order No. 45, Section X(B) and Civil L.R. 5-1(i), the undersigned e-filer hereby attests that concurrence in the filing of this document has been obtained from all signatories.

DATED:  September 12, 2025

        REED SMITH LLP

        By:  */s/ Raluca I. Rohan*
            Raluca I. Rohan
            Adam D. Brownrout

        Attorneys for Defendant
        Synchrony Bank

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT – 3:25-CV-07088-SI