Raluca I. Rohan (SBN 228184)
Email: rrohan@reedsmith.com
Reed Smith LLP
515 South Grand Avenue
Suite 4300
Los Angeles, CA  90071
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Adam D. Brownrout (SBN 341162)
Email:  abrownrout@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:  +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Synchrony Bank

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| MICHAEL URBAN,<br><br>            Plaintiff,<br><br>     v.<br><br>CLIENT SERVICES, INC., AND SYNCHRONY BANK,<br><br>            Defendants. | Case No. 3:25-cv-07088-SI<br><br>[*Assigned for all purposes to The Honorable Susan Illston, Ctrm. 1 – 17th Floor*]<br><br>**SYNCHRONY BANK'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>Compl. Filed:   August 21, 2025 |

Pursuant to Fed. R. Civ. P. 7.1, defendant Synchrony Bank ("Synchrony) files this Notice of Interested Parties and Corporate Disclosure Statement in the above captioned matter.

The undersigned counsel of record for Synchrony certifies that the below listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Synchrony Bank is a wholly owned subsidiary of Synchrony Financial. Synchrony Financial is a publicly traded company, and no entity or shareholder owns 10% or more of its publicly traded shares.

2. Plaintiff Michael Urban.

DATED: September 12, 2025

REED SMITH LLP

By: */s/ Raluca I. Rohan*
Raluca I. Rohan
Adam D. Brownrout

Attorneys for Defendant
Synchrony Bank